# IN THE SUPREME COURT OF THE
# STATE OF MONTANA

## Case No. DA 21-0533

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER; JESSICA
DECKER; MARTIN NORUNNER; APRIL
MARIE DAVIS; MORGEN HUNT; GABRIEL
EARLE; ERICK PRATHER; BRADFORD
CAMPBELL; MEAGAN CAMPBELL; AMY ORR
and JARED ORR,

        Plaintiffs and Appellants,

    v.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH
SCHOOL DISTRICT NO. 1, MISSOULA
COUNTY, STATE OF MONTANA; TARGET
RANGE SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,

        Defendants and Appellees.

---

STAND UP MONTANA, a Montana
non-profit corporation; JASMINE
ALBERINO, TIMOTHY ALBERINO,
VICTORIA BENTLEY, DAVID DICKEY,
WESLEY GILBERT, KATIE GILBERT,
KIERSTEN GLOVER, RICHARD
JORGENSON, STEPHEN PRUIETT,
LINDSEY PRUIETT, ANGELA
MARSHALL, SEAN LITTLEJOHN, and
KENTON SAWDY,

        Plaintiffs and Appellants,

v.

BOZEMAN SCHOOL DISTRICT NO. 7,
MONFORTON SCHOOL DISTRICT NO. 27,
and BIG SKY SCHOOL DISTRICT NO. 72,

Defendants and Appellees.

## *ORDER GRANTING APPELLANTS' UNOPPOSED FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF*

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-21-1031
Before Hon. Jason Marks

On Appeal from the Montana Eighteenth Judicial District Court
Gallatin County, Cause No. DV-21-975B
Before Hon. Rienne H. McElyea

| | |
|---|---|
| Quentin M. Rhoades | Elizabeth A. Kaleva |
| RHOADES & ERICKSON PLLC | Kevin A. Twidwell |
| | Elizabeth A. O'Halloran |
| 430 Ryman Street | KALEVA LAW OFFICES |
| Missoula, Montana 59802 | 1911 S. Higgins Ave. |
| Telephone: 406-721-9700 | P.O. Box 9312 |
| qmr@montanalawyer.com | Missoula, MT 59807 |
| courtdocs@montanalawyer.com | eakaleva@kalevalaw.com |
| *For Appellants* | ktwidwell@kalevalaw.com |
| | bohalloran@kalevalaw.com |
| | *For Appellees* |

Upon motion of Appellants, Stand Up Montana, Clinton Decker,

Jessica Decker, Martin Norunner, April Marie Davis, Morgen Hunt,

Gabriel Earle, Erick Prather, Bradford Campbell, Meagan Campbell,

Amy Orr, Jared Orr, Jasmine Alberino, Timothy Alberino, Victoria Bentley, David Dickey, Wesley Gilbert, Katie Gilbert, Kiersten Glover, Richard Jorgenson, Stephen Pruiett, Lindsey Pruiett, Angela Marshall, Sean Littlejohn, and Kenton Sawdy, and for good cause shown,

IT IS HEREBY ORDERED that Appellants' motion is GRANTED. Appellants shall have up to February 7, 2022, in which to file their Opening Brief.

3

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2022